JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK (Bar No. 083908)
*morlick@jmbm.com*
STUART K. TUBIS (Bar No. 278278)
*skt@jmbm.com*
CHRISTOPHER WHANG (Bar No. 316916)
*Cwhang@jmbm.com*
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
 Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendant KEN WEI and CHIAYU J. WEI, Trustees of the Ken G. and Chiayu J. Wei 2012 Revocable Family Trust, dated May 22, 2012; DOUGLAS WERTHEIMER and BETH A. MITCHNER, Trustees of the Mitchner Wertheimer Revocable Trust dated October 14, 2014; and DANIEL RABB and ALISON RABB, Trustees of the Rabb Family Trust dated August 6, 2014

LOSCH ERLICH & MEYER
JOSEPH EHRLICH (Bar No. 084359)
je@losch-ehrlich.com
MARK R. MEYER (Bar No. 238231)
mm@losch-ehrlich.com
750 Battery St., Suite 700
San Francisco, CA 94111
Telephone:    (415) 956-8400
Attorneys for Defendant Mai Family Corporation

CENTER FOR DISABILITY ACCESS
AMANDA SEABOCK (Bar No. 289900)
DENNIS PRICE (Bar No. 279082)
PRATHIMA PRICE (Bar No. 321378)
CARA TOWNSEND (Bar No. 220356)
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone:    (858) 375-7385
Facsimile:    (888)422-5191

Attorneys for Plaintiff Brian Whitaker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>        v. | Case No. 4:21-cv-06411-KAW<br><br>**STIPULATION AND REQUEST TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION** |

| | |
|---|---|
| 1 | MAI FAMILY CORPORATION, a California Corporation; KEN WEI and CHIAYU J. WEI, Trustees of the Ken G. and Chiayu J. Wei 2012 Revocable Family Trust, dated May 22, 2012; DOUGLAS WERTHEIMER and BETH A. MITCHNER, Trustees of the Mitchner Wertheimer Revocable Trust dated October 14, 2014; and DANIEL RABB and ALISON RABB, Trustees of the Rabb Family Trust dated August 6, 2014, |
| 7 | Defendant. |

## STIPULATION AND REQUEST TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION

Plaintiff Brian Whitaker ("Plaintiff") and Defendants MAI FAMILY CORPORATION, a California Corporation; KEN WEI and CHIAYU J. WEI, Trustees of the Ken G. and Chiayu J. Wei 2012 Revocable Family Trust, dated May 22, 2012; DOUGLAS WERTHEIMER and BETH A. MITCHNER, Trustees of the Mitchner Wertheimer Revocable Trust dated October 14, 2014; and DANIEL RABB and ALISON RABB, Trustees of the Rabb Family Trust dated August 6, 2014 (collectively "Defendants") have been coordinating and negotiating regarding barrier removal issues and resolution of this matter, and seek to reach agreement regarding such issues. Furthermore, Defendant's counsel has prior commitments, including a potential trial, during the month of February. If the Parties cannot fully resolve these issues and come to a finalized settlement agreement, the Parties intend to scheduled and conduct a joint site inspection before the proposed deadline of March 2, 2022.

///
///
///
///
///
///

Thus, Plaintiff and Defendants jointly stipulate to extend the time for the parties to conduct the joint site inspection from November 11, 2021 to the new date of March 2, 2022.

DATED: February 11, 2022

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK
STUART K. TUBIS
CHRISTOPHER WHANG

By: _____
Martin H. Orlick
Attorneys for KEN WEI and CHIAYU J. WEI, Trustees of the Ken G. and Chiayu J. Wei 2012 Revocable Family Trust, dated May 22, 2012; DOUGLAS WERTHEIMER and BETH A. MITCHNER, Trustees of the Mitchner Wertheimer Revocable Trust dated October 14, 2014; and DANIEL RABB and ALISON RABB, Trustees of the Rabb Family Trust dated August 6, 2014

DATED: February 11, 2022

LOSCH EHRLICH & MEYER
JOSEPH EHRLICH

By: ____/s/ Joseph Ehrlich____
JOSEPH EHRLICH
Attorneys for Defendant Mai Family Corporation

DATED: February 10, 2022

CENTER FOR DISABILITY ACCESS
AMANDA SEABOCK
PRATHIMA PRICE
DENNIS PRICE

By: ____/s/ Cara Townsend____
CARA TOWNSEND
Attorneys for Plaintiff Brian Whitaker

69911642v1

3

Case No. 4:21-cv-06411-KAW
STIPULATION AND REQUEST TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION

**ORDER**

Having considered the parties' Stipulation and Request to Extend Time to Conduct Joint Site Inspection, and for good cause shown, the Court hereby orders as follows:

**IT IS THUS ORDERED** that:

1. The Joint Site Inspection will be continued to March 2, 2022.

DATED: February ___, 2022

Honorable Judge Kandis A. Westmore
United States District Court, Northern District of California