UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>MAI FAMILY CORPORATION, a California Corporation; KEN WEI and CHIAYU J. WEI, Trustees of the Ken G. and Chiayu J. Wei 2012 Revocable Family Trust, dated May 22, 2012; DOUGLAS WERTHEIMER and BERTHA. MITCHNER, Trustees of the Mitchner Wertheimer Revocable Trust dated October 14, 2014; and DANIEL RABB and ALISON RABB, Trustees of the Rabb Family Trust dated August 6, 2014<br><br>　　　　　Defendant(s). | Case No. 4:21-cv-06411-KAW<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:　March 1　　　, 20**22**　　　　　　　　NAME:　Martin H. Orlick

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature*


American LegalNet, Inc.
www.FormsWorkFlow.com

COUNSEL FOR
(OR "PRO SE"): **Defendants** MAI FAMILY CORPORATION, a California Corporation; KEN WEI and CHIAYU J. WEI, Trustees of the Ken G. and Chiayu J. Wei 2012 Revocable Family  Trust, dated May 22, 2012; DOUGLAS WERTHEIMER and BETH A. MITCHNER, Trustees of the Mitchner Wertheimer Revocable Trust dated October 14, 2014; and DANIEL RABB and ALISON RABB, Trustees of the Rabb Family Trust dated August 6, 2014

 American LegalNet, Inc.
www.FormsWorkFlow.com