1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MARTIN H. ORLICK (Bar No. 083908)
2  *morlick@jmbm.com*
   STUART K. TUBIS (Bar No. 278278)
3   *skt@jmbm.com*
   CHRISTOPHER WHANG (Bar No. 316916)
4  *Cwhang@jmbm.com*
   Two Embarcadero Center, 5th Floor
5  San Francisco, California 94111-3813
    Telephone:     (415) 398-8080
6  Facsimile:     (415) 398-5584

7  Attorneys for Defendant KEN WEI and CHIAYU
   J. WEI, Trustees of the Ken G. and Chiayu J. Wei
8  2012 Revocable Family  Trust, dated May 22,
   2012; DOUGLAS WERTHEIMER and BETH A.
9  MITCHNER, Trustees of the Mitchner
   Wertheimer Revocable Trust dated October 14,
10 2014; and DANIEL RABB and ALISON RABB,
   Trustees of the Rabb Family Trust dated August
11 6, 2014

12 LOSCH ERLICH & MEYER
   JOSEPH EHRLICH (Bar No. 084359)
13 je@losch-ehrlich.com
   MARK R. MEYER (Bar No. 238231)
14 mm@losch-ehrlich.com
   750 Battery St., Suite 700
15 San Francisco, CA 94111
   Telephone:     (415) 956-8400
16 Attorneys for Defendant Mai Family Corporation

17 CENTER FOR DISABILITY ACCESS
   AMANDA SEABOCK (Bar No. 289900)
18 DENNIS PRICE (Bar No. 279082)
   PRATHIMA PRICE (Bar No. 321378)
19 CARA TOWNSEND (Bar No. 220356)
   8033 Linda Vista Road, Suite 200
20 San Diego, CA 92111
   Telephone:     (858) 375-7385
21 Facsimile:     (888)422-5191

22 Attorneys for Plaintiff Brian Whitaker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN WHITAKER, | Case No. 4:21-cv-06411-KAW |
| Plaintiff, | **STIPULATION AND REQUEST TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION** |
| v. | |

MAI FAMILY CORPORATION, a California Corporation; KEN WEI and CHIAYU J. WEI, Trustees of the Ken G. and Chiayu J. Wei 2012 Revocable Family Trust, dated May 22, 2012; DOUGLAS WERTHEIMER and BETH A. MITCHNER, Trustees of the Mitchner Wertheimer Revocable Trust dated October 14, 2014; and DANIEL RABB and ALISON RABB, Trustees of the Rabb Family Trust dated August 6, 2014,

Defendant.

## STIPULATION AND REQUEST TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION

Plaintiff Brian Whitaker ("Plaintiff") and Defendants MAI FAMILY CORPORATION, a California Corporation; KEN WEI and CHIAYU J. WEI, Trustees of the Ken G. and Chiayu J. Wei 2012 Revocable Family Trust, dated May 22, 2012; DOUGLAS WERTHEIMER and BETH A. MITCHNER, Trustees of the Mitchner Wertheimer Revocable Trust dated October 14, 2014; and DANIEL RABB and ALISON RABB, Trustees of the Rabb Family Trust dated August 6, 2014 (collectively "Defendants") have been coordinating and negotiating regarding barrier removal issues and resolution of this matter, and seek to reach agreement regarding such issues. Furthermore, Defendant's counsel has prior commitments, including a potential trial, during the month of February. If the Parties cannot fully resolve these issues and come to a finalized settlement agreement, the Parties intend to scheduled and conduct a joint site inspection before the proposed deadline of March 2, 2022.

///
///
///
///
///
///

1  Thus, Plaintiff and Defendants jointly stipulate to extend the time for the parties to conduct
2  the joint site inspection from November 11, 2021 to the new date of March 2, 2022.

3

4  DATED: February 11, 2022          JEFFER MANGELS BUTLER & MITCHELL LLP
                                      MARTIN H. ORLICK
5                                     STUART K. TUBIS
                                      CHRISTOPHER WHANG
6

7

8                                     By: _____
                                              Martin H. Orlick
9                                     Attorneys for KEN WEI and CHIAYU J. WEI,
                                      Trustees of the Ken G. and Chiayu J. Wei 2012
10                                    Revocable Family Trust, dated May 22, 2012;
                                      DOUGLAS WERTHEIMER and BETH A.
11                                    MITCHNER, Trustees of the Mitchner
                                      Wertheimer Revocable Trust dated October 14,
12                                    2014; and DANIEL RABB and ALISON RABB,
                                      Trustees of the Rabb Family Trust dated August 6,
13                                    2014
14

15 DATED: February 11, 2022           LOSCH EHRLICH & MEYER
                                      JOSEPH EHRLICH
16

17

18

19                                    By:     /s/ Joseph Ehrlich
                                              JOSEPH EHRLICH
20                                    Attorneys for Defendant Mai Family Corporation

21

22 DATED: February 10, 2022           CENTER FOR DISABILITY ACCESS
                                      AMANDA SEABOCK
23                                    PRATHIMA PRICE
                                      DENNIS PRICE
24

25

26                                    By:     /s/ Cara Townsend
                                              CARA TOWNSEND
27                                    Attorneys for Plaintiff Brian Whitaker

28

69911642v1                            3                    Case No. 4:21-cv-06411-KAW
STIPULATION AND REQUEST TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION

**ORDER**

Having considered the parties' Stipulation and Request to Extend Time to Conduct Joint Site Inspection, and for good cause shown, the Court hereby orders as follows:

**IT IS THUS ORDERED** that:

1. The Joint Site Inspection will be continued to March 2, 2022.

DATED: March 2, 2022

_____
Honorable Judge Kandis A. Westmore
United States District Court, Northern District of California