1  CENTER FOR DISABILITY ACCESS
   Dennis Price, Esq., SBN 279082
2  Amanda Seabock, Esq., SBN 289900
3  Bradley Smith, Esq., SBN 296444
   100 Pine St., Ste 1250
4  San Francisco, CA 94111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff

7  Martin H. Orlick (Bar No. 083908)
   morlick@jmbm.com
8  Stuart K. Tubis (Bar No. 278278)
9  skt@jmbm.com
   Christopher Whang (Bar No. 316916)
10 Cwhang@jmbm.com
   JEFFER MANGELS BUTLER & MITCHELL LLP
11 Two Embarcadero Center, 5th Floor
12 San Francisco, California 94111-3813
   Telephone: (415) 398-8080
13 Facsimile: (415) 398-5584
14 Attorneys for Defendants
   Ken Wei, Chiayu J. Wei, Trustees of the Ken G. and
15 Chiayu J. Wei 2012 Revocable Family Trust, dated May 22,
   2012; Douglas Wertheimer and Bertha Mitchner,
16 Trustees of the Mitchner Wertheimer Revocable
17 Truste dated October 14, 2014; and Daniel Rabb
   and Alison Rabb, Trustees of the Rabb Family
18 Trust dated August 6, 2014

19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>MAI FAMILY CORPORATION, a California Corporation; KEN WEI and CHIAYU J. WEI, Trustees of the Ken G. and Chiayu J. Wei 2012 Revocable Family Trust, dated May 22, 2012; DOUGLAS WERTHEIMER AND BETH A. MITCHNER, Trustees of the Mitchner Wertheimer Revocable Trust dated October 14, 2014; and DANIEL RABB and ALISON RABB, Trustees of the Rabb Family Trust dated August 6, 2014,<br><br>    Defendants. | Case No.: 4:21-cv-06411-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 24, 2022         CENTER FOR DISABILITY ACCESS

                By:    /s/ Amanda Seabock
                       Amanda Seabock
                       Attorneys for Plaintiff

Dated: May 24, 2022               COLLINS & KHAN LLP


                                  By:     /s/ Christopher Whang
                                          Christopher Whang
                                          Martin H. Orlick
                                          Stuart K. Tubis
                                          Attorneys for Defendants
                                          Ken Wei, Chiayu J. Wei
                                          Douglas Wertheimer and Bertha Mitchner
                                          Daniel Rabb and Alison Rabb

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Christopher Whang, counsel for Ken Wei, Chiayu J. Wei, Trustees of the Ken G. and Chiayu J. Wei 2012 Revocable Family Trust, dated May 22,2012; Douglas Wertheimer and Bertha Mitchner,Trustees of the Mitchner Wertheimer Revocable Truste dated October 14, 2014; and Daniel Rabb and Alison Rabb, Trustees of the Rabb Family Trust dated August 6, 2014, and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 24,2022             CENTER FOR DISABILITY ACCESS

                       By:    /s/ Amanda Seabock
                              Amanda Seabock
                              Attorneys for Plaintiff